IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amerifresh, Inc., a Delaware corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>So Ono Food Products, LLC, a limited liability company; Mibo Fresh Foods, LLC, a limited liability company; Fresh Foods Hawaii, Inc., a corporation; Uzor U. Nwoko, an individual; Paul A. Janiak, an individual; Richard C. Wheeler, an individual;<br><br>              Defendants. | CASE NO.  2:19-cv-01331-DJH<br><br>**[PROPOSED] DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS SO ONO FOOD PRODUCTS, LLC; MIBO FRESH FOODS, LLC; UZOR U. NWOKO; AND PAUL A. JANIAK**<br><br>[F.R.C.P. Rule 55(b)(2)] |

Having read and considered Plaintiff's Motion for Default Judgment against Defendants So Ono Food Products, LLC, a limited liability company; Mibo Fresh Foods, LLC, a limited liability company; Uzor U. Nwoko, an individual; and Paul A. Janiak, an individual, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

IT IS HEREBY ADJUDGED that Plaintiff Amerifresh, Inc., a Delaware corporation, is entitled to immediate entry of default judgment against Defendants So Ono Food Products, LLC, a limited liability company; Mibo Fresh Foods, LLC, a limited

1

liability company; Uzor U. Nwoko, an individual; and Paul A. Janiak, an individual, jointly and severally, as follows, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

    (i) Principal amount of $23,265.00;

    (ii) Pre-judgment finance charges through and including April 25, 2019 in the amount of $2,403.18;

    (iii) Attorney's fees and costs in the amount of $11,757.50 (attorneys fees in the amount of $10,862.50, filing fee in the amount of $400.00, and service of process costs of $495.00; and

    (iv) Post-judgment finance charge at the rate of 18% per annum.

IT IS HEREBY ADJUDGED that this judgment is entered pursuant to Fed.R.Civ.P. Rule 54(b) and 55(b)(2).

IT IS SO ORDERED.